# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LOCH ET AL., | ) | CASE NO. 3:06-CV-359 |
| | ) | |
| Plaintiffs, | ) | JUDGE THOMAS M ROSE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE MICHAEL R. |
| | ) | MERZ |
| DELTA FUNDING CORP., | ) | |
| | ) | **JOINT MOTION FOR** |
| Defendants. | ) | **EXTENSION OF DEADLINE** |
| | ) | |
| | ) | |

At the telephone conference after the discovery deadline, both counsel informed this Court that the dispute had been settled. The Court set a deadline of October 25, 2007 for filing of dismissal.

Since that telephone conference, the settlement has been reduced to writing and executed by all necessary parties. However, an obligation of one of the parties under this settlement agreement has yet to be performed; this obligation will be performed within two weeks.

WHEREFORE, based on the above, and the agreement of the parties, it is respectfully requested this Court extend the deadline for filing of dismissal for two weeks from today's date.

Respectfully submitted,

| | |
|---|---|
| /s/ W*m. Robert Kaufman*_____ | /s/ *Kimberly Y. Smith Rivera* (per email consent) |
| Wm. Robert Kaufman (0073791) | Barbara Friedman Yaksic (0014338) |
| **Kaufman & Florence** | Kimberly Y. Smith Rivera (0066849) |
| P.O. Box 280 | **McGlinchey Stafford, PLLC** |
| 144 E. Mulberry Street | 25550 Chagrin Boulevard, Suite 406\ |
| Lebanon, OH 45036 | Cleveland, OH 44122-4640 |
| Telephone: (513) 932-1515 | Telephone: (216) 378-9905 |
| Fax: (513) 932-9172 | Fax: (216) 378-9910 |
| rkaufman@go-concepts.com | byaksic@mcglinchey.com |
| | kyrivera@mcglinchey.com |

*Counsel for Plaintiffs*
*Christopher and Angela Loch*            *Counsel for Defendant Delta Funding Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Joint Motion for Extension of Deadline* was served via the Court's electronic filing notice this 25th day of October, 2007.

/s/ *Wm. Robert Kaufman*_____
Wm. Robert Kaufman