# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LOCH ET AL., | ) | CASE NO. 3:06-CV-359 |
| | ) | |
| Plaintiffs, | ) | JUDGE THOMAS M ROSE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE MICHAEL R. MERZ |
| | ) | |
| DELTA FUNDING CORP., | ) | |
| | ) | **NOTICE OF STIPULATION OF DISMISSAL** |
| Defendants. | ) | |
| | ) | |

Now come Plaintiffs, Angela Loch and Christopher Loch, by and through counsel, pursuant to Fed. R. Civ. P. 41(A)(ii), and hereby give notice of their dismissal, with prejudice, of their claims against Defendant Delta Funding Corp. All parties have stipulated to this dismissal.

Respectfully submitted,

/s/ W*m. Robert Kaufman*
Wm. Robert Kaufman (0073791)
**Kaufman & Florence**
P.O. Box 280
144 E. Mulberry Street
Lebanon, OH 45036
Telephone: (513) 932-1515
Fax: (513) 932-9172
rkaufman@go-concepts.com
*Counsel for Plaintiffs*
*Christopher and Angela Loch*

*/s/ Kimberly Rivera*
Kimberly Rivera (66849)
McGlinchey Stafford PLLC
25550 Chagrin Blvd.
Cleveland, Oh. 44122
216-378-9905
216-378-9910 fax
byaksic@mcglinchey.com
Attorney for Defendant Delta Funding Corp.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of this document was served via the Court's electronic filing notice this 31st day of October, 2007.


      /s/ *Wm. Robert Kaufman*_____
      Wm. Robert Kaufman